UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN KOFF,

        Plaintiff,

    v.

GREGORY AHERN,

        Defendant.

Case No. 14-cv-04680-JD

**ORDER OF DISMISSAL**

Plaintiff has filed a civil rights action that was dismissed with leave to amend. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. See Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: September 29, 2015

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY AHERN,<br><br>　　　　Defendant. | Case No. 14-cv-04680-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin  Koff ID: ULX879
Glenn Dyer Jail
550 6th Street
Oakland, CA 94607

Dated: September 29, 2015

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO